IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Chambers Jr, John Sedrick

Printed: 03/24/09

Case Number: 04 B 44713
Judge: Hollis, Pamela S
Filed: 12/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  March 6, 2009
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 94,750.00 |  |
| Secured: |  | 75,850.88 |
| Unsecured: |  | 9,781.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 5,019.85 |
| Other Funds: |  | 1,398.00 |
| Totals: | 94,750.00 | 94,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | America's Servicing Co | Secured | 58,276.19 | 58,276.19 |
| 3. | America's Servicing Co | Secured | 5,405.07 | 5,405.07 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 12,169.62 | 12,169.62 |
| 5. | Marshall Field & Company | Unsecured | 278.25 | 360.51 |
| 6. | Prairie Trail Credit Union | Unsecured | 45.98 | 59.57 |
| 7. | Prairie Trail Credit Union | Unsecured | 664.87 | 861.42 |
| 8. | Prairie Trail Credit Union | Unsecured | 399.22 | 517.13 |
| 9. | ECast Settlement Corp | Unsecured | 2,650.47 | 3,434.04 |
| 10. | RoundUp Funding LLC | Unsecured | 112.82 | 146.17 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 3,397.88 | 4,402.43 |
| 12. | The Cash Store Ltd | Unsecured |  | No Claim Filed |
|  |  |  | $ 86,100.37 | $ 88,332.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 159.84 |
| 4% | 356.44 |
| 3% | 142.12 |
| 5.5% | 990.14 |
| 5% | 284.26 |
| 4.8% | 545.78 |
| 5.4% | 2,007.41 |
| 6.6% | 533.86 |
|  | $ 5,019.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Chambers Jr, John Sedrick | Case Number:  04 B 44713 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  12/6/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*